


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/31/2020

SARA K. WINIK
Tel.: (212) 446-2333
E-mail: swinik@bsfllp.com

January 29, 2020

**VIA ECF**

Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Luis Aviles*, 18 Cr. 420 (ALC)

Dear Judge Carter:

    We represent Mr. Luis Aviles in the above-captioned case. We write to request an extension to file our sentencing submission.

    Currently, our sentencing submission is due on Thursday, January 30, 2020—two weeks before Mr. Aviles's sentencing hearing. However, we have not yet received the final Presentence Report ("PSR"). Probation has informed us that the final PSR is not due until Monday, February 3, 2020. We request an extension until Tuesday, February 4, 2020 to submit our sentencing submission in order to review and respond to the PSR.

                    Respectfully,

                    /s/ Sara K. Winik
                    John T. Zach
                    Sara K. Winik

cc: AUSAs Lauren Schorr, Jacob Warren, and Christopher Clore, (via ECF)

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1/30/2020

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com