USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

United States of America,

                                           **ORDER**

                                           18-CR-420 (ALC)

      -v-

Luis Aviles ,

            Defendant(s)

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Today's sentencing scheduled for 11:00 a.m. is converted to a status conference.

**SO ORDERED.**

Dated: New York, New York
       February 13, 2020

*[signature]*

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**